IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARTON L. GREEN II, | ) | 4:07CV3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, a Pennsylvania Corporation; and UBS FINANCIAL SERVICES, a Delaware Corporation, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This case is before the court on Plaintiff's Notice of Dismissal With Prejudice (filing 7), filed before the service by Defendant of an answer or a motion for summary judgment. This case may be dismissed pursuant to Fed. R. Civ. P. 41(a).

IT IS ORDERED that judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own costs.

June 6, 2007.                                         BY THE COURT:

                                                      *s/Richard G. Kopf*
                                                      United States District Judge